RECEIVED

AUG 14 2015

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

No. 02-15-00223-CV; 02-15-00224-CV;
02-15-00225-CV; 02-15-00226-CV;
02-15-00227-CV; 02-15-00228-CV;
02-15-00233-CV; 02-15-00234-CV;
02-15-00235-CV; 02-15-00236-CV

FILED
COURT OF APPEALS
SECOND DISTRICT OF TEXAS

AUG 14 2015

DEBRA SPISAK, CLERK

| | | |
|---|---|---|
| ADAM K. GOLDEN | § | IN THE SECOND |
|    Appellant | | |
| | § | COURT OF APPEALS |
| vs | | |
| | § | FORT WORTH, TEXAS |
| THE STATE OF TEXAS | | |
|    Appellee | § | |

### APPELLANT'S AMENDED NOTICE OF APPEAL

COMES NOW, Adam K. Golden, Appellant and files this Amended Notice of Appeal and states the following:

1. Under Texas Rule of Appellate Procedure 25, Appellant, Adam K. Golden desires to appeal from the Order denying the Motion to Consolidate Costs signed by Ruben Gonzales Jr., 432nd Judicial District Court, Tarrant County, Texas on February 17, 2015, in Cause Number 1293989D, The State of Texas vs. Adam Golden.

2. Appellant, Adam K. Golden appeals to the Second Court of Appeals.

3. This is an amended notice of appeal filed in this Court to correct the ommisions of the Court of Appeals appellant intends to appeal to and the cause number(2).

Respectfully submitted


Adam K. Golden
1100 HWY 1807
Venus, Texas 76084

CERTIFICATE OF SERVICE


I, Adam K. Golden hereby certify that on the date indicated

below, I sent a true and correct copy of the Appellant's Amended

Notice of Appeal to the Appellee's attorney below by placing such

in the United States mail, postage prepaid addressed to the

following:


Debra A. Windsor

Assistant District Attorney

401 W. Belknap St.

Fort Worth, Texas 76196-0201


Dated this 10TH day of August, 2015

*Adam Golden*

Adam K. Golden

1100 HWY 1807

Venus, Texas 76084

**RECEIVED**

**AUG 1 4 2015**

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK
August 10, 2015

Second Court of Appeals
ATTN: Clerk
201 W. Belknap, Suite 9000
Fort Worth, Texas 76196-0211

RE: Filing

Clerk,

Please find the enclosed to be filed with the Court this date. I

thank you in advance.

Sincerely

Adam K. Golden